IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHAZ Z. RODGERS, Individually and on behalf of the Estate of Anthony D. Hudson, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CITY OF LANCASTER POLICE et al., <br><br>　　　　Defendants. | <br><br><br><br><br>No. 3:13-CV-2031-M-BH <br><br><br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The claims of the plaintiff's son's estate will be dismissed by separate judgment.

SIGNED this 30th day of July, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS