IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHAZ Z. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:13-CV-2031-M |
| | ) |
| CITY OF LANCASTER POLICE et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which comprehensible objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the claims on behalf of Plaintiff's son's estate are **DISMISSED** without prejudice. Plaintiff's individual claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted, and *Methodist Hospital of Dallas' Motion to Dismiss or Alternatively Quash Service and Brief in Support*, filed July 18, 2016 (doc. 53) and *Methodist Hospitals of Dallas' Second Motion to Dismiss or Alternatively Quash Service and Brief in Support*, filed August 15, 2016 (doc. 55) are **DENIED AS MOOT**.

**SIGNED** this 2nd day of February, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE