IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHAZ Z. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:13-CV-2031-M |
| | ) |
| CITY OF LANCASTER POLICE et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Party's Memorandum in Support of Motion for Relief from the Judgment*, filed February 15, 2017 (doc. 71) and *Plaintiff's Memorandum in Support of Motion to Correct Clerical Error in Judgment*, filed February 15, 2017 (doc. 72) are **DENIED**.

**SIGNED** this 21st day of August, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE